## J. J. Kirby, Appellee, v. Louis Legacy et al. John F. Judy et al., Appellants.

### Gen. No. 6,424. (Not to be reported in full.)

Appeal from the Circuit Court of Kankakee county; the Hon. ARTHUR W. DESELM, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded with directions. Opinion filed November 22, 1917. Rehearing denied April 9, 1918.

### Statement of the Case.

Bill by J. J. Kirby, complainant, against Louis Legacy, trustee, John F. Judy and Farmers & Merchants State Bank of Attica, Indiana, defendants, to foreclose a trust deed. From a decree of foreclosure, defendants Judy and Farmers & Merchants State Bank of Attica appeal.

H. H. WHITTEMORE, for appellants.

E. P. HARNEY, for appellee; A. L. GRANGER, of counsel.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. MORTGAGES, § 279*—*when fraud in procurance of release of trust deed not shown.* On a bill to foreclose a trust deed, evidence *held* insufficient to show fraud in procurance of a release of the trust deed.

2. NOTICE, § 5*—*when innocent purchaser for value of land protected by record.* Persons who deal with reference to the title to real estate have a right to rely upon what is disclosed by the record, and an innocent purchaser for value, who buys on faith of the record, is protected to the extent of what the record discloses, and his rights are not affected by any interest in real estate which the record does not disclose, and of which he had no notice, no matter how meritorious such interest may be.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.